Maria De Robbio *vs.* Joseph De Robbio.

OCTOBER 11, 1940.

Present: Flynn, C. J., Moss, Capotosto, Baker and Condon, JJ.

For original opinion, see 65 R. I. 188.

Per Curiam. After the filing of our opinion the respondent, by leave of court, filed a motion for reargument. We have carefully considered said motion and the reasons assigned therefor. As the motion contains no matter which was not

fully considered and passed upon before the filing of said opinion the motion is denied and dismissed.

*Luigi De Pasquale, Arthur Falcone,* for petitioner.

*Frank H. Wildes,* for respondent.